**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-39645 |
| | ) | |
| Robert Dice | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF THE LAW OFFICES OF ILENE F. GOLDSTEIN,
CHARTERED ATTORNEYS FOR THE TRUSTEE**

Law Offices of Ilene F. Goldstein, Chartered, Attorneys for Ilene F. Goldstein, Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order authorizing and allowing an award of final compensation and reimbursement of expenses.  In its application, IFG Chtd. requests compensation for services rendered during the period February 5, 2016 to June 10, 2017.  For this period, IFG Chtd. seeks attorneys' fees for services rendered in the amount of $2,100.00 for 6.00 hours.  IFG Chtd. also requests that the Court order, allow and direct payment to it of $00.00   reimbursement of expenses incurred in connection with its legal services.

In support of its application, IFG Chtd. respectfully states as follows:

**BACKGROUND**

1.  On November 20, 2015 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2.  Ilene F. Goldstein has been appointed as the Trustee for the Bankruptcy Estate of Robert Dice.

3.  Through her administration and liquidation of the Estate, Trustee has

recovered over  $66,000.00 of which $64,553.57  is available to the Estate.  Counsel

for the Trustee collected funds  which was held  by the Debtor. This is a surplus

Estate.

## INTRODUCTION

4.  The Trustee has recovered funds in the amount of $66,121.00.

## RETENTION AND QUALIFICATION OF IFG CHTD.

5.  On February 19, 2016  this Court entered an order authorizing the retention of

Law Offices of Ilene F. Goldstein, Chartered as attorneys for the Trustee.

6.   IFG Chtd. has extensive experience in bankruptcy matters and in the

representation of bankruptcy trustees.

## ALL SERVICES PERFORMED BY IFG CHTD. WERE REASONABLE AND NECESSARY

7.   Pursuant to §330 of the Code and the generally applicable criteria with

respect to time, nature, extent and value of services performed, all of IFG Chtd.'s

services are compensable and the compensation requested is fair and reasonable.  All

the legal services performed by IFG Chtd. to date were required for the proper

representation of the Trustee in this Chapter 7 case.

There has been no duplication of services by members or associates of IFG

Chtd. for which compensation is requested herein.  In instances where two or more

attorneys participated in any matter, joint participation was deemed necessary due to

the complexity of the problems involved.  IFG Chtd. has thoroughly reviewed its billing

statements to eliminate any non-compensable interoffice conferences of its

professionals.  IFG Chtd. has also voluntarily chosen to not bill certain time and

expenses and cut time already billed.  However, IFG Chtd. professionals have been

required to conduct a limited number of strategy conferences as defined by In re

Adventist Living Centers, Inc., 137 B.R. 701 (Bankr. N.D. Ill. 1991).

From the outset of this case, members of IFG Chtd. were instructed to avoid recording time entries which contained "lumping" as discussed in In re Pettibone Corp., 74 B.R. 293 (Bankr. N.D. Ill. 1987).  In those instances in which more than one task is contained within a time entry description, IFG Chtd. has specified within the time entry description the amount of time attributable to each individual task.

8.  Itemized and detailed descriptions of the specific legal services rendered to Trustee by IFG Chtd., after revision by the Trustee, are reflected on the billing statements attached hereto as Exhibit A.  The billing statements set forth the initials of each attorney and the amount of time spent rendering each service, the day on which such service was rendered and a description of the nature of the services rendered.  Also attached as part of Exhibit B is a summary of the fees and costs expended in each category of activity.

### ALL OF THE EXPENSES FOR WHICH IFG CHTD. SEEKS REIMBURSEMENT WERE NECESSARY

9.  IFG Chtd. incurred expenses in the amount of $00.00 in  connection with its representation of the Trustee.

### NATURE OF SERVICES PERFORMED BY IFG CHTD.

**Retention**

10.  Counsel for the Trustee prepared pleadings to retain Counsel for the Trustee, Counsel for the Trustee prepared fee petitions for Counsel for the Trustee.

In connection with the above services, IFG Chtd. expended 1.90 hours, for which it seeks compensation in the amount of $655.00 for fees.  Set forth below is a chart which summarizes the time expended by each professional in this category:

| Professional | Time Spent | Hourly Rate | Total |
|---|---|---|---|
| IFG | 1.90 hours | $350.00 | $655.00 |
| TOTAL | 1.90 hours | | $655.00 |
| | Total | | $655.00 |

## Sale and/or Review of Legal issues with Assets

11.  Counsel for the Trustee reviewed title, ownership and lien issues on three lots owned by the Debtor.   Counsel for the Trustee also analyzed the status and issues in a lawsuit filed by PNC Bank.

In connection with the above services, IFG Chtd. expended 4.10 hours, for which it seeks compensation in the amount of $1,435.00 for fees and $00.00 in expenses.  Set forth below is a chart which summarizes the time expended by each professional in this category:

| Professional | Time Spent | Hourly Rate | Total |
|---|---|---|---|
| IFG | 4.10 hours | $350.00 | $1,435.00 |
| TOTAL | 4.10 hours | | $1,435.00 |
| | Total | | $1,435.00 |

## CONCLUSION

12.   The rates charged by IFG Chtd. in this fee application are its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

13.  IFG Chtd. has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be

received by IFG Chtd. for services rendered to the Trustee in this case.

14.  IFG Chtd. has not previously submitted a fee applications in this case.

15.  IFG Chtd. has provided the Trustee with a draft of this application and certifies

that the Trustee has approved the application.

WHEREFORE, IFG Chtd. requests the entry of an order:

a.  Allowing and directing payment to Law Offices of Ilene F. Goldstein,

Chartered final compensation in the amount of $2,100.00 for the actual, necessary and

valuable professional services rendered to the Trustee during the period from February 5,

2016 through June 10, 2017.

b.  For such other and further relief as this Court deems appropriate.

Respectfully submitted by
Law Offices of Ilene F. Goldstein, Chartered

By:   /s/Ilene F. Goldstein
        One of Its Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595

## TIME SUMMARY BY INDIVIDUAL

| Professional | Hours | Rate | Total |
|---|---|---|---|
| IFG | 6.00 | $350.00 | $2,100.00 |
| TOTAL | 6.00 | | $2,100.00 |

## TIME SUMMARY BY CATEGORY

| | Fees | Costs | Total |
|---|---|---|---|
| Retention | $655.00 | $ 00.00 | $655.00 |
| Legal/Assets | $1,435.00 | $ 00.00 | $1,435.00 |
| TOTAL | $2,100.00 | $00.00 | $2,100.00 |