UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                    )
                                          )
**DICE, ROBERT**                          )    Bankruptcy Case No. 15-39645 ABG
                                          )    Chapter 7
                                          )
Debtor(s).                                )

## CERTIFICATE OF SERVICE

    The undersigned certifies that on June 23, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    DICE, ROBERT
    501 EAST LIBERTY ST.
    WAUCONDA, IL 60084


,

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    ILENE F. GOLDSTEIN
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

1P    Internal Revenue Service
       P.O. Box 7346
       Philadelphia, PA 19101-7346

1U    Internal Revenue Service
       P.O. Box 7346
       Philadelphia, PA 19101-7346

| | | |
|---|---|---|
| 2 | PNC BANK N.A. | |
| | PO BOX 94982 | |
| | CLEVELAND, OH 44101-0570 | |
| | | |
| 2I | PNC BANK N.A. | |
| | PO BOX 94982 | |
| | CLEVELAND, OH 44101-0570 | |
| | | |
| 1PI | Internal Revenue Service | |
| | P.O. Box 7346 | |
| | Philadelphia, PA 19101-7346 | |
| | | |
| 1UI | Internal Revenue Service | |
| | P.O. Box 7346 | |
| | Philadelphia, PA 19101-7346 | |
| | | |
| SURPLUS | DICE, ROBERT | |
| | 501 EAST LIBERTY ST. | |
| | WAUCONDA, IL 60084 | |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402