# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: DICE, ROBERT | § | Case No. 15-39645 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$215,965.31_ *(without deducting any secured claims)* | Assets Exempt: _$61,300.00_ |
| Total Distribution to Claimants:_$20,148.10_ | Claims Discharged Without Payment:_$0.00_ |
| Total Expenses of Administration:_$7,146.93_ | |

3)  Total gross receipts of $      66,121.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      38,825.97  (see **Exhibit 2**), yielded net receipts of  $27,295.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,146.93 | 7,146.93 | 7,146.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 8,704.45 | 8,704.45 | 8,704.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,443.65 | 11,443.65 | 11,443.65 |
| **TOTAL DISBURSEMENTS** | $0.00 | $27,295.03 | $27,295.03 | $27,295.03 |

4)  This case was originally filed under Chapter 7 on November 20, 2015. The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/30/2017             By:  /s/ILENE F. GOLDSTEIN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with the Bank of Wauconda | 1129-000 | 66,121.00 |
| **TOTAL GROSS RECEIPTS** | | **$66,121.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DICE, ROBERT | Dividend paid 100.00% on $38,825.97; Claim# SURPLUS; Filed: $38,825.97; Reference: | 8200-002 | 0.00 |
| Robert Dice | Surplus Funds Replacement Check | 8200-002 | 38,825.97 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$38,825.97** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,479.50 | 3,479.50 | 3,479.50 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Arthur B. Levine Company | 2300-000 | N/A | 30.33 | 30.33 | 30.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.19 | 82.19 | 82.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.16 | 104.16 | 104.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 91.38 | 91.38 | 91.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 91.25 | 91.25 | 91.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.71 | 103.71 | 103.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.98 | 90.98 | 90.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.39 | 103.39 | 103.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.84 | 93.84 | 93.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.58 | 90.58 | 90.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.82 | 99.82 | 99.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.43 | 93.43 | 93.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.77 | 99.77 | 99.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.18 | 87.18 | 87.18 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 19.85 | 19.85 | 19.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.37 | 96.37 | 96.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.91 | 86.91 | 86.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.29 | 102.29 | 102.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,146.93** | **$7,146.93** | **$7,146.93** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 8,704.45 | 8,704.45 | 8,704.45 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$8,704.45** | **$8,704.45** | **$8,704.45** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 5,262.64 | 5,262.64 | 5,262.64 |
| 2 | PNC BANK N.A. | 7100-000 | N/A | 6,028.54 | 6,028.54 | 6,028.54 |
| 2I | PNC BANK N.A. | 7990-000 | N/A | 45.97 | 45.97 | 45.97 |
| 1PI | Internal Revenue Service | 7990-000 | N/A | 66.37 | 66.37 | 66.37 |
| 1UI | Internal Revenue Service | 7990-000 | N/A | 40.13 | 40.13 | 40.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $11,443.65 | $11,443.65 | $11,443.65 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-39645 | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** DICE, ROBERT | **Filed (f) or Converted (c):** 11/20/15 (f) |
| | **§341(a) Meeting Date:** 01/14/16 |
| **Period Ending:** 11/30/17 | **Claims Bar Date:** 04/20/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 5101, 5125, 5133 St. Charles Road, Bellwood, IL<br>Imported from original petition Doc# 1 | 155,553.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with the Bank of Wauconda<br>Imported from original petition Doc# 1 | 66,000.00 | 66,000.00 | | 66,121.00 | FA |
| 3 | Checking account with PNC Bank<br>Imported from original petition Doc# 1 | 9,000.00 | 5,000.00 | | 0.00 | FA |
| 4 | Checking account with Chase Bank<br>Imported from original petition Doc# 1 | 4,511.83 | 4,511.83 | | 0.00 | FA |
| 5 | Savings account with Chase Bank<br>Imported from original petition Doc# 1 | 1,300.48 | 1,300.48 | | 0.00 | FA |
| 6 | Misc used household goods<br>Imported from original petition Doc# 1 | 900.00 | 900.00 | | 0.00 | FA |
| 7 | used clothing<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Whole Life Insurance with Northwest Mutual<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA<br>Imported from original petition Doc# 1 | 25,000.00 | 0.00 | | 0.00 | FA |
| 10 | Pension with Sears total money in there is appro<br>Imported from original petition Doc# 1 | 17,000.00 | 0.00 | | 0.00 | FA |
| 11 | Cuts of Glory 5125 St. Charles Rd Bellwood, IL 6<br>Imported from original petition Doc# 1 | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 12 | Robert Dice Property Management 5135 St. Charles<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Bob's Seal Coating and Straping Service 5125 St.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 1991 Caddilac Coupe Deville<br>Imported from original petition Doc# 1 | 700.00 | 700.00 | | 0.00 | FA |
| 15 | 1989 GMC 350<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Dog<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 15-39645 | **Trustee:** | (330290)   ILENE F. GOLDSTEIN |
| **Case Name:** DICE, ROBERT | **Filed (f) or Converted (c):** | 11/20/15 (f) |
| | **§341(a) Meeting Date:** | 01/14/16 |
| **Period Ending:** 11/30/17 | **Claims Bar Date:** | 04/20/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | **Assets**   **Totals** (Excluding unknown values) | $281,965.31 | $80,112.31 | | $66,121.00 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017 THE TRUSTEE RECOVERED FUNDS AND IS CLOSING THE ESTATE.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2017          **Current Projected Date Of Final Report (TFR):**    June 30, 2017

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-39645 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** DICE, ROBERT | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8166 - Checking Account |
| **Taxpayer ID #:** **-***4946 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/30/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/16 | {2} | Wauconda Community Bank | FUNDS RECEIVED FROM SALE OF ASSETS | 1129-000 | 60,000.00 | | 60,000.00 |
| 01/29/16 | {2} | Wauconda Community Bank | FUNDS RECEIVED FROM SALE OF ASSETS | 1129-000 | 6,121.00 | | 66,121.00 |
| 02/22/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #15-39645 | 2300-000 | | 30.33 | 66,090.67 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.19 | 66,008.48 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.16 | 65,904.32 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.38 | 65,812.94 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.25 | 65,721.69 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.71 | 65,617.98 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.98 | 65,527.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.39 | 65,423.61 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.84 | 65,329.77 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.58 | 65,239.19 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.82 | 65,139.37 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.43 | 65,045.94 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.77 | 64,946.17 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.18 | 64,858.99 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-39645<br>Voided on 03/02/17 | 2300-000 | | 19.85 | 64,839.14 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-39645<br>Voided: check issued on 03/02/17 | 2300-000 | | -19.85 | 64,858.99 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-39645<br>Voided on 03/02/17 | 2300-000 | | 19.85 | 64,839.14 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-39645<br>Voided: check issued on 03/02/17 | 2300-000 | | -19.85 | 64,858.99 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-39645, Bond | 2300-000 | | 19.85 | 64,839.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.37 | 64,742.77 |

| | | | | Subtotals : | $66,121.00 | $1,378.23 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-39645 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** DICE, ROBERT | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8166 - Checking Account |
| **Taxpayer ID #:** **-***4946 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/30/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.91 | 64,655.86 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.29 | 64,553.57 |
| 07/21/17 | 105 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,479.50, Trustee Compensation;  Reference: | 2100-000 | | 3,479.50 | 61,074.07 |
| 07/21/17 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,100.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,100.00 | 58,974.07 |
| 07/21/17 | 107 | Internal Revenue Service | Dividend paid 100.00% on $8,704.45; Claim# 1P; Filed: $8,704.45; Reference: | 5800-000 | | 8,704.45 | 50,269.62 |
| 07/21/17 | 108 | Internal Revenue Service | Dividend paid 100.00% on $5,262.64; Claim# 1U; Filed: $5,262.64; Reference: | 7100-000 | | 5,262.64 | 45,006.98 |
| 07/21/17 | 109 | PNC BANK N.A. | Dividend paid 100.00% on $6,028.54; Claim# 2; Filed: $6,028.54; Reference: | 7100-000 | | 6,028.54 | 38,978.44 |
| 07/21/17 | 110 | PNC BANK N.A. | Dividend paid 100.00% on $45.97; Claim# 2I; Filed: $45.97; Reference: | 7990-000 | | 45.97 | 38,932.47 |
| 07/21/17 | 111 | Internal Revenue Service | Dividend paid 100.00% on $66.37; Claim# 1PI; Filed: $66.37; Reference: | 7990-000 | | 66.37 | 38,866.10 |
| 07/21/17 | 112 | Internal Revenue Service | Dividend paid 100.00% on $40.13; Claim# 1UI; Filed: $40.13; Reference: | 7990-000 | | 40.13 | 38,825.97 |
| 07/21/17 | 113 | DICE, ROBERT | Dividend paid 100.00% on $38,825.97; Claim# SURPLUS; Filed: $38,825.97; Reference: Stopped on 11/07/17 | 8200-002 | | 38,825.97 | 0.00 |
| 11/07/17 | 113 | DICE, ROBERT | Dividend paid 100.00% on $38,825.97; Claim# SURPLUS; Filed: $38,825.97; Reference: Stopped: check issued on 07/21/17 | 8200-002 | | -38,825.97 | 38,825.97 |
| 11/07/17 | 114 | Robert Dice | Surplus Funds Replacement Check | 8200-002 | | 38,825.97 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 66,121.00 | 66,121.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 66,121.00 | 66,121.00 |
| Less: Payments to Debtors | | 38,825.97 |
| **NET Receipts / Disbursements** | **$66,121.00** | **$27,295.03** |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number:   15-39645

Case Name:   DICE, ROBERT

Taxpayer ID #:   **-***4946

Period Ending:   11/30/17

Trustee:   ILENE F. GOLDSTEIN (330290)

Bank Name:   Rabobank, N.A.

Account:   ******8166 - Checking Account

Blanket Bond:   $5,000,000.00   (per case limit)

Separate Bond:   N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | | | |
| | Checking # ******8166 | | | 66,121.00 | 27,295.03 | 0.00 |
| | | | | $66,121.00 | $27,295.03 | $0.00 |

{} Asset reference(s)